# REGISTER OF ACTIONS
## CASE NO. C-1802-18-J

| | | |
|---|---|---|
| Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music and Midas Musical, Inc VS. Ser-Ca Discos, Inc | § § § § § | Case Type: **All Other Civil Cases (OCA)** <br> Date Filed: **05/16/2018** <br> Location: **430th District Court** |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Attorneys** |
| Defendant | Ser-Ca Discos, Inc | | **YOCEL ALONSO** <br> *Retained* <br> 281-240-1492(W) |
| Plaintiff | **Midas Musical, Inc** | | **RAYMOND L. THOMAS** <br> *Retained* <br> 956-686-8797(W) |
| Plaintiff | **Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music** | | **RAYMOND L. THOMAS** <br> *Retained* <br> 956-686-8797(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 05/16/2018 | Original Petition (OCA) | | |
| | *AND REQUEST FOR DISCLOSURES* | | |
| 05/23/2018 | Citation | | |
| | Ser-Ca Discos, Inc | Served | 07/13/2018 |
| | | Returned | 07/17/2018 |
| 05/23/2018 | Citation Issued | | |
| 07/11/2018 | Motion for Substitute Service, Filed | | |
| 07/11/2018 | Proposed Order | | |
| | *GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC.* | | |
| 07/12/2018 | E-Filing Forwarded to Court Queue | | |
| | *ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC.* | | |
| 07/12/2018 | Order, Signed | | |
| | *(env 25919761) ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC.* | | |
| 07/12/2018 | Order, Signed | | |
| | *ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC* | | |
| 07/12/2018 | Notice Sent | | |
| | *TO DAVID SANCHEZ; ORDER GRANTING PLAINTIFF S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC.* | | |
| 08/06/2018 | Defendant's Original Answer | | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** Ser-Ca Discos, Inc | | | |
| Total Financial Assessment | | | 2.00 |
| Total Payments and Credits | | | 2.00 |
| **Balance Due as of 08/09/2018** | | | **0.00** |
| 08/06/2018 | Transaction Assessment | | 2.00 |
| 08/06/2018 | EFile Payments from TexFile Receipt # DC-2018-061546 | Ser-Ca Discos, Inc | (2.00) |

| | | | |
|---|---|---|---|
| **Plaintiff** Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music | | | |
| Total Financial Assessment | | | 311.00 |
| Total Payments and Credits | | | 311.00 |
| **Balance Due as of 08/09/2018** | | | **0.00** |

## EXHIBIT A

| 05/17/2018 | Transaction Assessment | | 307.00 |
| 05/17/2018 | EFile Payments from TexFile Receipt # DC-2018-039969 | Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music | (307.00) |
| 07/11/2018 | Transaction Assessment | | 2.00 |
| 07/11/2018 | EFile Payments from TexFile Receipt # DC-2018-054876 | Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music | (2.00) |
| 07/17/2018 | Transaction Assessment | | 2.00 |
| 07/17/2018 | EFile Payments from TexFile Receipt # DC-2018-055975 | Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music | (2.00) |

# CIVIL CASE INFORMATION SHEET

**C-1802-18-J**

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED   Tierra Caliente Music Group, SA de CV d/b/a Remex Music and Midas Musical, Inc v Ser-Ca Discos, Inc.
_____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Raymond L. Thomas | Email:<br>rthomas@raythomaspc.com | Plaintiff(s)/Petitioner(s):<br>Tierra Caliente Music Group<br>S.A. de C.V. d/b/a Remex Music<br>and Midas Musical, Inc | ☐Attorney for Plaintiff/Petitioner<br>☑*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br>4900 N. 10th-B | Telephone:<br>956-632-5033 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>McAllen, Texas 78501 | Fax:<br>956-630-5199 | Defendant(s)/Respondent(s):<br>Ser-Ca Discos, Inc. | Custodial Parent: |
| Signature: | State Bar No:<br>19865350 | _____<br>_____<br>[Attach additional page as necessary to list all parties] | Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| | | | | **Post-judgment Actions (non-Title IV-D)** |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>_____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>Liability:<br>_____<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br>_____<br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/<br>Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>_____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>Pre-indictment<br>☐Other: _____ | ☐Enforce Foreign<br>Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>of Minority<br>☐Other: _____ | ☐Adoption/Adoption with<br>Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>Rights<br>☐Other Parent-Child:<br>_____ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>_____ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☑Tortious Interference<br>☐Other: _____ | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

CAUSE NO. **C-1802-18-J** _____

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC | § | IN THE DISTRICT COURT |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | _____ JUDICIAL DISTRICT |
| | § | |
| V. | § | |
| | § | OF HIDALGO COUNTY, TEXAS |
| SER-CA DISCOS, INC. | § | |

---

**PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURES**

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. d/b/a REMEX MUSIC and MIDAS MUSICAL, INC. file this Original Petition and Request for Disclosures against Defendant SER-CA DISCOS, INC. and would show as follows:

### DISCOVERY LEVEL

1.     This case is intended to be conducted under a level 3 discovery control plan.

### RULE 47 STATEMENT

2.     In accordance with Texas Rule of Civil Procedure 47(c), Plaintiffs state that they seek monetary relief in an amount over $1,000,000.00.

### PARTIES

3.     Plaintiff TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. d/b/a REMEX MUSIC ("**REMEX**") is a Mexican company.

4.     Plaintiff MIDAS MUSICAL, INC. ("**MIDAS**") is Texas corporation with its principal place of business located in Webb County, Texas.

5.     Defendant SER-CA DISCOS, INC. ("**SERCA**") is Texas corporation with its principal place of business located in Hidalgo County, Texas. This defendant may be served with process by service upon its registered agent for service, Servando Cano at 2020 West Houston, McAllen, Hidalgo County, Texas, or wherever he may be found.

**C-1802-18-J**

### VENUE AND JURISDICTION

6.      Venue is proper in Hidalgo County because Defendant's principal office is located in Hidalgo County.

7.      This Court has jurisdiction over the parties and subject matter of this lawsuit based on the fact alleged herein, and because the amount of Plaintiffs' claims are within the jurisdictional limits of this Court.

8.      Plaintiffs' claims and causes of action as set forth herein arise solely under Texas law. No claim is made herein for copyright infringement under federal law.

### FACTUAL BACKGROUND

9.      Eliseo Robles p/k/a La Leyenda is a professional recording artist and frontman for the Mexican regional music group popularly known as *La Leyenda* (hereinafter "**La Leyenda**").

10.      On August 27, 2015, music producers German Chavez ("**German**") and Domingo Chavez ("**Domingo**") entered into a written agreement with Eliseo Robles ("**Exclusivity Agreement**"). Under the terms of the Exclusivity Agreement, Robles agreed to record a certain number of creative works including songs, videos, and albums as La Leyenda, over which German and Domingo were given the sole and exclusive rights to utilize and control said works.

11.      Pursuant to the Exclusivity Agreement, Robles agreed to give German and Domingo certain enumerated rights to the creative works to be recorded and/or produced under the Exclusivity Agreement. In accordance therewith, La Leyenda recorded a number of songs under the Exclusivity Agreement[1] ("**2016 Songs**"). La Leyenda also performed in music videos for the songs *Ponte de Modo*, *La Comezón*, and *La Apuesta*.

12.      German and Domingo assigned global (except USA) distribution rights to all work created under the Exclusivity Agreement to Tierra Caliente. Similarly, German and Domingo had have a contract with MIDAS that grants MIDAS exclusive rights to

---

[1] Songs recorded under the Exclusivity Agreement include, but are not limited to, *Ponte de Modo*, *La Mantequilla*, *La Comezón*, *Cositas Malas*, *Quiero Alguien Que Me Quiera*, and *La Apuesta*

Case 7:18-cv-00252    Document 1-1    Filed on 08/09/18 in TXSD    Page 6 of 32

Electronically Filed
5/18/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1802-18-J

administer the rights to the 2016 Songs and Music Videos in the United States. MIDAS, in turn, entered into a contract with Select-O-Hits, Inc. to distribute new musical albums produced and released by MIDAS, including the 2016 Songs and YouTube monetization.

13.    Tierra Caliente uploads a number of videos to YouTube and publish them on its *RemexMusic* YouTube account. These videos include: (1) *La Leyenda - Ponte de Modo (Video Oficial)*; (2) *La Leyenda - La Comezón (Audio Oficial)*; (3) *La Leyenda - Quiero alguien que me quiera*; (4) *La Leyenda – La apuesta ft. Edwin Luna (Video Oficial)*; (5) *La Leyenda – La mantequilla ft. Eliseo Robles y Los Barbaros del Norte (Video Lyric)*; (6) *La Leyenda - Cositas malas (Video Lyric)*; (7) *Making of "La comezón" La Leyenda*; and (8) *Making of la apuesta la leyenda ft Edwin la Trakalosa* (collectively, "**YouTube Videos**"). By uploading the YouTube Videos and distributing the 2016 Songs through web-based platforms like iTunes and Spotify, Plaintiffs participates in the revenue stream generated by the distribution of the 2016 Songs and the YouTube Videos.

14.    Defendant SERCA DISCOS, INC. is the former representative of La Leyenda, is a stranger to the Exclusivity Agreement. On or about July 25, 2017, SERCA began a fraudulent and destructive campaign to obstruct and prevent Plaintiffs from distributing and promoting the 2016 Songs and the YouTube Videos. Specifically, SERCA issued notices to YouTube ("**Takedown Notices**") pursuant to the Digital Millennium Copyright Act ("**DMCA**"), fraudulently claiming that SERCA held the copyrights to the content included in the YouTube Videos.

15.    The DMCA allows any person claiming to hold a copyright to request that the service provider—in this case, YouTube—remove access to the allegedly infringing content by written request, signed under penalty of perjury. No proof of any copyright registration is needed for a Takedown Notice to be acted upon by the Service Provider.

16.    Naturally, SERCA's Takedown Notices caused YouTube to remove Tierra Caliente's YouTube Videos from the *RemexMusic* account. Under its agreement with YouTube, Tierra Caliente is a "content creator" and is therefore entitled to payment

Case 7:18-cv-00252   Document 1-1   Filed on 08/09/18 in TXSD   Electronically Filed
5/18/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1802-18-J

from YouTube for each time a video is viewed. The Takedown Notices caused Plaintiffs to suffer economic damages as well as reputations damages.

17.   The Takedown Notices for the YouTube Videos resulted in Tierra Caliente's YouTube account receiving two out of three possible "strikes". A third strike will result in the catastrophic termination of Tierra Caliente's *RemexMusica* YouTube account, which includes videos of other exclusive artist content owned by Tierra Caliente and, in some cases, managed by MIDAS. Because of the serious threat to the continued existence of its YouTube account, and believing that SERCA would continue to issue additional Takedown Notices, Tierra Caliente could not jeopardize the continued existence of its *RemexMusica* account by uploading any more La Leyenda content. As a result, Plaintiffs' right to benefit from the 2016 Songs and YouTube Videos has been effectively hijacked by SERCA. SERCA apparently will stop at nothing to undermine Plaintiffs' business.

## CAUSES OF ACTION

### A.   *Tortious Interference with Existing Contract*

18.   Plaintiffs have valid contracts to commercialize La Leyenda's 2016 Songs and YouTube Videos. SERCA willfully and intentionally interfered with the contracts by: sending fraudulent DMCA Takedown Notices for the YouTube Videos and sending a cease-and-desist letter to Select-O-Hits, Inc. fraudulently claiming it owned the rights to the 2016 Songs. SERCA's interference proximately caused the Plaintiffs' damages. Plaintiffs are thus entitled to recover actual damages (personal and economic), special damages, including reputational damages. Because SERCA's conduct is fraudulent and malicious, Plaintiffs are also entitled to recover exemplary damages.

### B.   *Tortious Interference of Prospective and Continuing Contractual Relations*

19.   There was a reasonable probability that Plaintiffs would have continued its business relationships with YouTube, Spotify, and iTunes related to La Leyenda's work performed under the Exclusivity Agreement. SERCA intentionally interfered with Plaintiffs' relationships with said third parties, and their conduct was

Case 7:18-cv-00252    Document 1-1    Filed on 08/09/18 in TXSD    Electronically Filed
5/18/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1802-18-J

independently tortious or unlawful. SERCA's interference proximately caused the Plaintiffs' injury and the Plaintiffs suffered actual damage or loss as a result. Plaintiffs are thus entitled to recover actual damages (personal and economic), and special damages, including reputational damages. Because SERCA's conduct here is fraudulent and malicious, Plaintiffs are also entitled to recover exemplary damages.

**C.    *Violation of Theft Liability Act***

20.    Tierra Caliente and MIDAS bring a claim against SERCA for violations of the Texas Theft Liability Act. TEX. CIV. PRAC. & REM. CODE §134.001-005. Plaintiffs share exclusive possessory rights to the 2016 Songs and YouTube Videos. SERCA unlawfully appropriated the 2016 Songs and the YouTube Videos by claiming and exercising control over them. SERCA wrongfully appropriated the 2016 Songs and the YouTube Videos without Plaintiffs' consent. SERCA engaged in said wrongful appropriation with the intent to deprive Plaintiffs of their property rights. As a result, Plaintiffs sustained damages. Plaintiffs are therefore entitled to recover from SERCA its actual damages, additional damages, exemplary damages, interest, court costs and attorneys' fees.

## DAMAGES AND EXEMPLARY DAMAGES

21.    Plaintiffs seek to recover actual and special damages, including reputational damages.

22.    Pursuant to Texas Civil Practice and Remedies Code §41.003 Plaintiffs seek exemplary damages. SERCA's actions were willful and with a conscious disregard for Plaintiffs' rights. Further, because SERCA specifically intended to cause substantial injury or harm to Plaintiffs, SERCA's conduct also constitutes malice. In this regard, an award of exemplary damages is warranted.

23.    Plaintiffs are entitled to recover attorneys' fees from Defendant under TEX. CIV. PRAC. & REM. CODE §134.001-005.

Electronically Filed
5/18/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1802-18-J**

## CONDITIONS PRECEDENT & CAPACITIES

24.    All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred. Plaintiffs sue Defendant in all capacities in which Plaintiffs are able to recover and in all capacities in which Defendant may be liable.

## REQUEST FOR DISCLOSURE

25.    Pursuant to Rule 194.2, you are requested to disclose, within 50 days of the service of this request, information or material described in Rule 194.2 (a) – (l).

## PRAYER

WHEREFORE, Plaintiffs TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. and MIDAS MUSICAL, INC. pray that Defendant SER-CA DISCOS, INC. be cited to appear and answer herein, and that upon a final trial, recover judgment against Defendant SER-CA DISCOS, INC. for the following:

(1)    actual and special damages;
(2)    exemplary damages;
(3)    pre and post-judgment interest at the maximum rate allowed by law;
(4)    costs of suit; and
(5)    general relief.


Respectfully submitted,

**RAY THOMAS, PC**
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 630-5199 Fax


Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
David O. Sanchez
State Bar No. 24102457
dsanchez@raythomaspc.com
**ATTORNEYS FOR PLAINTIFFS**

Electronically Filed
5/23/2018 8:49 AM
Hidalgo County District Clerks
Reviewed By: Timothy Ramirez



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached you will find the service requested.

May this serve to inform you that service has been issued.  Please proceed in attaching any file stamped documents that need to be served on your issued service.

Please note, the link you are about to open is a "live link" notification.  Please ensure you are printing the service which includes our clerk's signature and the State Seal. If you are opening a document without the official certification (signature and seal), please close the window until the document is processed accordingly. This may take a few minutes.

* When serving protective orders, please DO NOT serve the TCIC form to respondent.

We appreciate the opportunity to assist you.  Please contact our office if you have any questions or require additional information.


Sincerely,

*Laura Hinojosa*

Laura Hinojosa
Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION AND PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET AND PROCUREMENT OFFICER | CHIEF OF APPEALS |

**C-1802-18-J**
**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

**CITATION**
**THE STATE OF TEXAS**

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Ser-Ca Discos, Inc**
**REGISTERED AGENT: Servando Cano**
**2020 West Houston**
**McAllen, Hidalgo County, Texas, or wherever he may be found**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURES** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 16th day of May, 2018 and a copy of same accompanies this citation.  The file number and style of said suit being C-1802-18-J, **TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. D/B/A REMEX MUSIC AND MIDAS MUSICAL, INC VS. SER-CA DISCOS, INC**

Said Petition was filed in said court by Attorney RAYMOND L. THOMAS; 4900-B North 10TH ST. MCALLEN TX 78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 23rd day of May, 2018.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

_____
**TIMOTHY RAMIREZ, DEPUTY CLERK**

**C-1802-18-J**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury.  A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

Electronically Filed
7/1/2018 4:11 PM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

CAUSE NO. C-1802-18-J

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC | § | IN THE DISTRICT COURT |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | 430TH JUDICIAL DISTRICT |
| | § | |
| v. | § | |
| | § | |
| SER-CA DISCOS, INC. | § | OF HIDALGO COUNTY, TEXAS |

## PLAINTIFFS' MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. D/B/A REMEX MUSIC AND MIDAS MUSICAL, INC., file this Motion for Substituted Service of Process, requesting the Court to authorize substitute service on Defendant SER-CA DISCOS, INC., and would show:

1.      Defendant SER-CA DISCOS, INC. is a domestic corporation whose registered agent as evidenced by the records of the Secretary of State is Servando Cano, and whose registered office is 2020 West Houston Street in McAllen, Texas. This is the defendant's location for purpose of service of citation.

2.      Plaintiffs attempted to serve the registered agent for SER-CA DISCOS, INC., but such attempts were not successful, as evidenced by the Affidavit of Due Diligence, attached hereto and fully incorporated by reference as *Exhibit "A"*.  The attached Affidavit of Due Diligence also shows that the manner of substituted service requested herein will be reasonably effective to give the defendant notice of the suit. *Id.*

1

Electronically Filed
7/11/2018 4:11 PM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

3.    Plaintiffs ask the Court to authorize Plaintiffs to serve Defendant SER-CA DISCOS, INC., by and through its registered agent, Servando Cano, by delivering a true copy of the citation and petition to any person over sixteen years of age at 1327 W. Bowe Street in Pharr, Texas 78577 or by posting on the door at this address. There is sufficient information to believe that service upon any person over sixteen years of age at the aforementioned location, or by posting the same on the door at this address, will be effective as to effect service upon Defendant SER-CA DISCOS, INC.

Respectfully submitted,

**RAY THOMAS, PC**
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 630-5199 Fax

Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
David O. Sanchez
State Bar No. 24102457
dsanchez@raythomaspc.com

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

CAUSE NO. C-1802-18-J

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC | § | IN THE DISTRICT COURT |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | |
| | § | 430th JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| SER-CA DISCOS, INC. | § | OF HIDALGO COUNTY, TEXAS |

## AFFIDAVIT OF DUE DILIGENCE

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HIDALGO | § |

BEFORE ME, the undersigned authority, on this day personally appeared, Luis A. Saenz, who swore on oath that he has personal knowledge that the following facts contained in this Affidavit and that they are true and correct:

"My name is Luis A. Saenz. I am a Texas Supreme Court Certified Process Server for matters effecting Delivery of Process in all Texas Courts. The following attempts were made to deliver the Plaintiffs' Original Petition and Request for Disclosures:

On May 25, 2018 at 2:28 pm, an attempt was made to deliver the Citation and a copy of Plaintiffs' Original Petition and Request for Disclosure to Servando Cano, Registered Agent for Ser-Ca Discos Inc. at 2020 West Houston Street in McAllen, Texas. The building was vacant and the business was closed.

On June 7, 2018 at 6:00 pm, service was attempted at an office located at 1327 W. Bowe Street in Pharr, Texas 78577. This office is located at the end of a dead-end street and also appeared to be vacant. However, upon entering the parking lot, I observed a sign in front of the office that read "Ser-Ca Discos." I entered the office and asked for Mr. Servando Cano and was told that he was not available. I explained the purpose of the visit and was told by a receptionist that Mr. Cano's Visa had expired, that it was not renewed, and that Mr. Cano could no longer enter the United States. I asked a receptionist, Veronica Blanca, if anyone else could accept service and she replied that they could receive the citation and Plaintiffs' Original Petition and Request for Disclosures and forward them to Mr. Cano. I was also told that Mr. Cano's son comes by the office from time to time and again, that they are willing to accept service on Mr. Cano's behalf.

I am not a party to this case, nor am I related to, employed by, or otherwise connected to (other than having been retained to serve process in this case) any party or party's attorney in this case; and r have no interest in the outcome of this lawsuit.

I am over the age of 18 years. I am of sound mind and have never been convicted of a felony or misdemeanor involving moral turpitude."

7/11/18
_____
Date

_____
Luis A. Saenz, Certified Process Server
ID: SCH# 1083 Exp: August 31, 2020

SUBSCRIBED AND SWORN TO BEFORE ME by Luis A. Saenz on this, the 11th _____

day of July , 2018, to certify which, witness my hand and seal of office.

_____
Notary Public, in and for the State of Texas

GERARD J. DONOVAN
Notary Public, State of Texas
Comm. Expires 11-25-2019
Notary ID 14722-8

Electronically Filed
7/12/2018 8:24 AM
Hidalgo County District Clerks
Reviewed By: Irma Lopez



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

# Proposed
# Order

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

Nilda Palacios      Ricardo Contreras      Adriana "Audry" Garcia      Sabrina S. Guerra      Oneida Lamas      Stephanie Palacios      Aida Villarreal
CHIEF DEPUTY        CHIEF OF ADMINISTRATION      ASSISTANT CHIEF DEPUTY      SENIOR ACCOUNTANT      DEPUTY DISTRICT CLERK SUPERVISOR   BUDGET AND PROCUREMENT   CHIEF OF APPEALS
                    AND PUBLIC INFORMATION                                                                                          OFFICER

Electronically Filed
7/12/2018 12:28 PM
Hidalgo County District Clerks
Reviewed By: Irma Lopez



# LAURA HINOJOSA
## HIDALGO COUNTY DISTRICT CLERK

Greetings:

Attached please find a copy of an order or judgment notifying you that an order has been signed in a case you are a party to or have been carbon copied on.

We appreciate the opportunity to assist you. Please contact our office if you have any questions or require additional information.

Sincerely,

*Laura Hinojosa*

Hidalgo County District Clerk

Post Office Box 87 Edinburg, Texas 78540  Telephone 956-318-2200  Facsimile 956-318-2251  districtclerk@co.hidalgo.tx.us

| Nilda Palacios | Ricardo Contreras | Adriana "Audry" Garcia | Sabrina S. Guerra | Oneida Lamas | Stephanie Palacios | Aida Villarreal |
|---|---|---|---|---|---|---|
| CHIEF DEPUTY | CHIEF OF ADMINISTRATION AND PUBLIC INFORMATION | ASSISTANT CHIEF DEPUTY | SENIOR ACCOUNTANT | DEPUTY DISTRICT CLERK SUPERVISOR | BUDGET AND PROCUREMENT OFFICER | CHIEF OF APPEALS |

Electronically Filed
7/11/2018 4:11 PM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

CAUSE NO. C-1802-18-J

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC | § | IN THE DISTRICT COURT |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | |
| | § | 430TH JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| SER-CA DISCOS, INC. | § | OF HIDALGO COUNTY, TEXAS |

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE OF PROCESS ON DEFENDANT SER-CA DISCOS, INC.**

---

After considering Plaintiffs' motion for substituted service and the supporting proof, the Court finds Plaintiffs attempts to serve Defendant SER-CA DISCOS, INC. through its registered agent, Servando Cano, at his registered office located at 2020 West Houston Street in McAllen, Texas have been unsuccessful and finds the substituted service requested in Plaintiffs' motion will be reasonably effective to give Defendant, SER-CA DISCOS, INC. notice of the suit.

It is therefore ORDERED that service of citation and the petition may be made on Defendant SER-CA DISCOS, INC., by and through its registered agent, Servando Cano, by delivering a true copy of the citation and petition to any person over sixteen years of age at 1327 W. Bowe Street in Pharr, Texas 78577 or by posting same on the door at this address.

SIGNED on _____7/12/2018_____, 2018.

_____
JUDGE PRESIDING

Electronically Filed
7/11/2018 4:11 PM
Hidalgo County District Clerks
Reviewed By: Valerie Garza

Copies to:

    Raymond L. Thomas
    rthomas@raythomaspc.com
    David O. Sanchez
    dsanchez@raythomaspc.com

C-1802-18-J'
430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS

CITATION
THE STATE OF TEXAS

**NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served with this citation and petition, a default judgment may be taken against you.

**Ser-Ca Discos, Inc**
**REGISTERED AGENT: Servando Cano**
**2020 West Houston**
**McAllen, Hidalgo County, Texas, or wherever he may be found**

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURES** on or before 10:00 o'clock a.m. on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the **Honorable Israel Ramon, Jr., 430th District Court** of Hidalgo County, Texas at the Courthouse at 100 North Closner, Edinburg, Texas 78539.

Said petition was filed on this the 16th day of May, 2018 and a copy of same accompanies this citation. The file number and style of said suit being C-1802-18-J, **TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. D/B/A REMEX MUSIC AND MIDAS MUSICAL, INC VS. SER-CA DISCOS, INC**

Said Petition was filed in said court by Attorney RAYMOND L. THOMAS; 4900-B North 10TH ST. MCALLEN TX 78504.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 23rd day of May, 2018.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

**TIMOTHY RAMIREZ, DEPUTY CLERK**

**C-1802-18-J**
**OFFICER'S RETURN**

Came to hand on _____ of _____, 201____ at _____ o'clock ____.m. and executed in _____ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the _____ (petition) at the following times and places, to-wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
|      |      |      |       |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees:   serving ... copy(s) $_____
        miles ...................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and the address is _____,and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _____County, State of Texas, on the _____ day of _____, 201___.

_____
**Declarant"**

_____
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____    COURT *(FOR CLERK USE ONLY):* _____

STYLED   Tierra Caliente Music Group, SA de CV d/b/a Remex Music and Midas Musical, Inc v Ser-Ca Discos, Inc.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br>Raymond L. Thomas | Email:<br>rthomas@raythomaspc.com | Plaintiff(s)/Petitioner(s):<br>Tierra Caliente Music Group | ☐ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address:<br>4900 N. 10th-B | Telephone:<br>956-632-5033 | S.A. de C.V. d/b/a Remex Music<br>and Midas Musical, Inc | Additional Parties in Child Support Case: |
| City/State/Zip:<br>McAllen, Texas 78501 | Fax:<br>956-630-5199 | Defendant(s)/Respondent(s):<br>Ser-Ca Discos, Inc. | Custodial Parent: |
| Signature: | State Bar No:<br>19865350 | _____<br>[Attach additional page as necessary to list all parties] | Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>    Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>    List Product:<br>_____<br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>    Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters** | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>    Pre-indictment<br>☐ Other: _____ | **Other Family Law**<br>☐ Enforce Foreign<br>    Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>    of Minority<br>☐ Other:<br>_____ | **Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>    Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>    Rights<br>☐ Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>    Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☑ Tortious Interference<br>☐ Other: _____ |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

CAUSE NO. **C-1802-18-J** _____

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC | § | IN THE DISTRICT COURT |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | _____ JUDICIAL DISTRICT |
| | § | |
| V. | § | |
| | § | OF HIDALGO COUNTY, TEXAS |
| SER-CA DISCOS, INC. | | |

---

### PLAINTIFFS' ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. d/b/a REMEX MUSIC and MIDAS MUSICAL, INC. file this Original Petition and Request for Disclosures against Defendant SER-CA DISCOS, INC. and would show as follows:

#### DISCOVERY LEVEL

1.      This case is intended to be conducted under a level 3 discovery control plan.

#### RULE 47 STATEMENT

2.      In accordance with Texas Rule of Civil Procedure 47(c), Plaintiffs state that they seek monetary relief in an amount over $1,000,000.00.

#### PARTIES

3.      Plaintiff TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. d/b/a REMEX MUSIC ("**REMEX**") is a Mexican company.

4.      Plaintiff MIDAS MUSICAL, INC. ("**MIDAS**") is Texas corporation with its principal place of business located in Webb County, Texas.

5.      Defendant SER-CA DISCOS, INC. ("**SERCA**") is Texas corporation with its principal place of business located in Hidalgo County, Texas. This defendant may be served with process by service upon its registered agent for service, Servando Cano at 2020 West Houston, McAllen, Hidalgo County, Texas, or wherever he may be found.

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1802-18-J**

## VENUE AND JURISDICTION

6.      Venue is proper in Hidalgo County because Defendant's principal office is located in Hidalgo County.

7.      This Court has jurisdiction over the parties and subject matter of this lawsuit based on the fact alleged herein, and because the amount of Plaintiffs' claims are within the jurisdictional limits of this Court.

8.      Plaintiffs' claims and causes of action as set forth herein arise solely under Texas law. No claim is made herein for copyright infringement under federal law.

## FACTUAL BACKGROUND

9.      Eliseo Robles p/k/a La Leyenda is a professional recording artist and frontman for the Mexican regional music group popularly known as *La Leyenda* (hereinafter "**La Leyenda**").

10.      On August 27, 2015, music producers German Chavez ("**German**") and Domingo Chavez ("**Domingo**") entered into a written agreement with Eliseo Robles ("**Exclusivity Agreement**"). Under the terms of the Exclusivity Agreement, Robles agreed to record a certain number of creative works including songs, videos, and albums as La Leyenda, over which German and Domingo were given the sole and exclusive rights to utilize and control said works.

11.      Pursuant to the Exclusivity Agreement, Robles agreed to give German and Domingo certain enumerated rights to the creative works to be recorded and/or produced under the Exclusivity Agreement. In accordance therewith, La Leyenda recorded a number of songs under the Exclusivity Agreement[1] ("**2016 Songs**"). La Leyenda also performed in music videos for the songs *Ponte de Modo*, *La Comezón*, and *La Apuesta*.

12.      German and Domingo assigned global (except USA) distribution rights to all work created under the Exclusivity Agreement to Tierra Caliente. Similarly, German and Domingo had have a contract with MIDAS that grants MIDAS exclusive rights to

---

[1] Songs recorded under the Exclusivity Agreement include, but are not limited to, *Ponte de Modo*, *La Mantequilla*, *La Comezón*, *Cositas Malas*, *Quiero Alguien Que Me Quiera*, and *La Apuesta*

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1802-18-J

administer the rights to the 2016 Songs and Music Videos in the United States. MIDAS, in turn, entered into a contract with Select-O-Hits, Inc. to distribute new musical albums produced and released by MIDAS, including the 2016 Songs and YouTube monetization.

13.     Tierra Caliente uploads a number of videos to YouTube and publish them on its *RemexMusic* YouTube account. These videos include: (1) *La Leyenda - Ponte de Modo (Video Oficial)*; (2) *La Leyenda - La Comezón (Audio Oficial)*; (3) *La Leyenda - Quiero alguien que me quiera*; (4) *La Leyenda – La apuesta ft. Edwin Luna (Video Oficial)*; (5) *La Leyenda – La mantequilla ft. Eliseo Robles y Los Barbaros del Norte (Video Lyric)*; (6) *La Leyenda - Cositas malas (Video Lyric)*; (7)  *Making of "La comezón" La Leyenda*; and (8) *Making of la apuesta la leyenda ft Edwin la Trakalosa* (collectively, "**YouTube Videos**"). By uploading the YouTube Videos and distributing the 2016 Songs through web-based platforms like iTunes and Spotify, Plaintiffs participates in the revenue stream generated by the distribution of the 2016 Songs and the YouTube Videos.

14.     Defendant SERCA DISCOS, INC. is the former representative of La Leyenda, is a stranger to the Exclusivity Agreement. On or about July 25, 2017, SERCA began a fraudulent and destructive campaign to obstruct and prevent Plaintiffs from distributing and promoting the 2016 Songs and the YouTube Videos. Specifically, SERCA issued notices to YouTube ("**Takedown Notices**") pursuant to the Digital Millennium Copyright Act ("**DMCA**"), fraudulently claiming that SERCA held the copyrights to the content included in the YouTube Videos.

15.     The DMCA allows any person claiming to hold a copyright to request that the service provider—in this case, YouTube—remove access to the allegedly infringing content by written request, signed under penalty of perjury. No proof of any copyright registration is needed for a Takedown Notice to be acted upon by the Service Provider.

16.     Naturally, SERCA's Takedown Notices caused YouTube to remove Tierra Caliente's YouTube Videos from the *RemexMusic* account. Under its agreement with YouTube, Tierra Caliente is a "content creator" and is therefore entitled to payment

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

C-1802-18-J

from YouTube for each time a video is viewed. The Takedown Notices caused Plaintiffs to suffer economic damages as well as reputations damages.

17.    The Takedown Notices for the YouTube Videos resulted in Tierra Caliente's YouTube account receiving two out of three possible "strikes". A third strike will result in the catastrophic termination of Tierra Caliente's *RemexMusica* YouTube account, which includes videos of other exclusive artist content owned by Tierra Caliente and, in some cases, managed by MIDAS. Because of the serious threat to the continued existence of its YouTube account, and believing that SERCA would continue to issue additional Takedown Notices, Tierra Caliente could not jeopardize the continued existence of its *RemexMusica* account by uploading any more La Leyenda content. As a result, Plaintiffs' right to benefit from the 2016 Songs and YouTube Videos has been effectively hijacked by SERCA. SERCA apparently will stop at nothing to undermine Plaintiffs' business.

### CAUSES OF ACTION

A.    *Tortious Interference with Existing Contract*

18.    Plaintiffs have valid contracts to commercialize La Leyenda's 2016 Songs and YouTube Videos. SERCA willfully and intentionally interfered with the contracts by: sending fraudulent DMCA Takedown Notices for the YouTube Videos and sending a cease-and-desist letter to Select-O-Hits, Inc. fraudulently claiming it owned the rights to the 2016 Songs. SERCA's interference proximately caused the Plaintiffs' damages. Plaintiffs are thus entitled to recover actual damages (personal and economic), special damages, including reputational damages. Because SERCA's conduct is fraudulent and malicious, Plaintiffs are also entitled to recover exemplary damages.

B.    *Tortious Interference of Prospective and Continuing Contractual Relations*

19.    There was a reasonable probability that Plaintiffs would have continued its business relationships with YouTube, Spotify, and iTunes related to La Leyenda's work performed under the Exclusivity Agreement. SERCA intentionally interfered with Plaintiffs' relationships with said third parties, and their conduct was

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1802-18-J**

independently tortious or unlawful. SERCA's interference proximately caused the Plaintiffs' injury and the Plaintiffs suffered actual damage or loss as a result. Plaintiffs are thus entitled to recover actual damages (personal and economic), and special damages, including reputational damages. Because SERCA's conduct here is fraudulent and malicious, Plaintiffs are also entitled to recover exemplary damages.

**C.      Violation of Theft Liability Act**

20.      Tierra Caliente and MIDAS bring a claim against SERCA for violations of the Texas Theft Liability Act. TEX. CIV. PRAC. & REM. CODE §134.001-005. Plaintiffs share exclusive possessory rights to the 2016 Songs and YouTube Videos. SERCA unlawfully appropriated the 2016 Songs and the YouTube Videos by claiming and exercising control over them. SERCA wrongfully appropriated the 2016 Songs and the YouTube Videos without Plaintiffs' consent. SERCA engaged in said wrongful appropriation with the intent to deprive Plaintiffs of their property rights. As a result, Plaintiffs sustained damages. Plaintiffs are therefore entitled to recover from SERCA its actual damages, additional damages, exemplary damages, interest, court costs and attorneys' fees.

## DAMAGES AND EXEMPLARY DAMAGES

21.      Plaintiffs seek to recover actual and special damages, including reputational damages.

22.      Pursuant to Texas Civil Practice and Remedies Code §41.003 Plaintiffs seek exemplary damages. SERCA's actions were willful and with a conscious disregard for Plaintiffs' rights. Further, because SERCA specifically intended to cause substantial injury or harm to Plaintiffs, SERCA's conduct also constitutes malice. In this regard, an award of exemplary damages is warranted.

23.      Plaintiffs are entitled to recover attorneys' fees from Defendant under TEX. CIV. PRAC. & REM. CODE §134.001-005.

Electronically Filed
5/16/2018 6:28 PM
Hidalgo County District Clerks
Reviewed By: Alexis Bonilla

**C-1802-18-J**

### CONDITIONS PRECEDENT & CAPACITIES

24.    All conditions precedent to Plaintiffs' claims for relief have been performed or have occurred. Plaintiffs sue Defendant in all capacities in which Plaintiffs are able to recover and in all capacities in which Defendant may be liable.

### REQUEST FOR DISCLOSURE

25.    Pursuant to Rule 194.2, you are requested to disclose, within 50 days of the service of this request, information or material described in Rule 194.2 (a) – (l).

### PRAYER

WHEREFORE, Plaintiffs TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V. and MIDAS MUSICAL, INC. pray that Defendant SER-CA DISCOS, INC. be cited to appear and answer herein, and that upon a final trial, recover judgment against Defendant SER-CA DISCOS, INC. for the following:

(1)    actual and special damages;
(2)    exemplary damages;
(3)    pre and post-judgment interest at the maximum rate allowed by law;
(4)    costs of suit; and
(5)    general relief.

Respectfully submitted,

**RAY THOMAS, PC**
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 630-5199 Fax

Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
David O. Sanchez
State Bar No. 24102457
dsanchez@raythomaspc.com

**ATTORNEYS FOR PLAINTIFFS**

Electronically Filed
8/8/2018 2:06 PM
Hidalgo County District Clerks
Reviewed By: Casandra Garza

CAUSE NO. C-1802-18-J

| | | |
|---|---|---|
| TIERRA CALIENTE  MUSIC | § | IN THE DISTRICT COURT OF |
| GROUP, S.A. DE C.V. D/B/A | § | |
| REMEX MUSIC AND MIDAS | § | |
| MUSICAL, INC. | § | |
|     Plaintiff, | § | HIDALGO COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| SER-CA DISCOS, INC. | § | |
|     Defendant. | § | 430TH  JUDICIAL DISTRICT |

## DEFENDANT SER-CA DISCOS, INC.'S ORIGINAL ANSWER

Defendant SER-CA DISCOS, INC. ("Defendant" or "SER-CA") files its Answer to Plaintiffs TIERRA CALIENTE  MUSIC GROUP, S.A. DE C.V. D/B/A REMEX MUSIC ("REMEX") and MIDAS MUSICAL, INC.'s ("MIDAS") (collectively "Plaintiffs") Original Petition, and would respectfully show the Court as follows:

## GENERAL DENIAL

1.      The Plaintiffs' Original Petition is so incorrect and mistaken that it must be generally denied as authorized by Rule 92 of the Texas Rules of Civil Procedure, which requires that the Plaintiff prove its claims and allegations by a preponderance of the credible evidence pursuant to the Constitution and laws of the State of Texas.

2.      This Court does not have subject matter jurisdiction because the Plaintiffs' claims are preempted by the Copyright Law of the United States of America.

3.      Defendant reserves at this time the right to amend the answer after it has had an opportunity to more closely investigate these claims as it is its right and privilege under the Rules of Civil Procedure and the laws of the State of Texas.

Electronically Filed
8/6/2018 2:06 PM
Hidalgo County District Clerks
Reviewed By: Casandra Garza

**PRAYER**

Defendant requests:

a)    that Plaintiffs' lawsuit be dismissed for lack of subject matter jurisdiction

and  take nothing by way of this lawsuit against Defendant; and

b)    Defendant has such other relief, at law and in equity, to which it may show

itself justly entitled.

Respectfully submitted,

By:  /S/Yocel Alonso_____
Yocel Alonso, TBA No. 01109100
130 Industrial Blvd, Ste. 110
P.O. Box 45
Sugar Land, Texas 77487-0045
Tel.: (281) 240-1492
Email: Yocel@AlonsoLaw.com
**ATTORNEY FOR DEFENDANT**
**SER-CA DISCOS, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 6, 2018, a true and correct copy of this instrument has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the following:

Raymond L. Thomas, Esq.
David O. Sanchez, Esq.
RAY THOMAS, PC
McAllen, Texas 78504
Tel: (956) 632-5033
Email: rthomas@raythomaspc.com
Email: dsanchez@raythomaspc.com
**ATTORNEYS FOR PLAINTIFFS**

__/S/Yocel Alonso_____
Yocel Alonso