UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TIERRA CALIENTE MUSIC GROUP, | § | |
| S.A. DE C.V. D/B/A REMEX MUSIC | § | |
| and MIDAS MUSICAL, INC., | § | |
| | § | CIVIL ACTION NO. 7:18-CV-252 |
| VS. | § | |
| | § | |
| SER-CA DISCOS, INC. | § | |

**COUNTER-DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE ANSWER TO SECOND AMENDED COUNTERCLAIM**

Counter-Defendants Tierra Caliente Music Group, SA de CV d/b/a Remex Music and Midas Musical, Inc. file this unopposed motion requesting leave to file the attached answer to Counter-Plaintiff's Second Amended Answer and Counterclaim (Dkt No. 40).

1. On September 17, 2020, the parties filed a Joint Motion to Amend Scheduling Order (Dkt No. 50). In paragraph 3, the parties advised the Court that new development require the parties to amend their pleadings and the parties asked the Court for leave to amend their respective pleadings.

2. In response to this request, the Court issued a new (current) Amended Rule 16 Scheduling Order (Dkt. No. 52), which provides a January 8, 2021 deadline for amendment of pleadings. More specifically, the Order states as follows: *"Pleading amendments, with leave of Court if required by the Federal Rules of Civil Procedure, shall be made by this date."* It is not clear whether leave is required under these circumstances, but out of an abundance of caution, this unopposed request for leave is made.

3. Counter-Defendants previously filed an answer (Dkt. No. 11) to Counter-Plaintiff's now-superseded original counterclaim (Dkt. No. 5). Counter-Defendants now wish to file an answer to Counter-Plaintiff's live counterclaim, which has introduced new factual contentions and claims. Counter-Plaintiff is unopposed to this request for leave (Exhibit A).

**Prayer**

To the extent required, Counter-Defendants respectfully pray the Court will grant leave to file the attached answer.

Respectfully submitted,

**RAY THOMAS, PC**
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 540-5631 Fax

Raymond L. Thomas
State Bar No. 19865350
rthomas@raythomaspc.com
*Counsel for Counter-Defendants*

**CERTIFICATE OF SERVICE**

On December 28, 2020, a true and correct copy of the foregoing instrument was served on the following persons in accordance with the Federal Rules of Civil Procedure:

**Via E-File**
Yocel Alonso
*Counsel for Defendant*

/s/ *Raymond L. Thomas*
Raymond L. Thomas