**Jury Question No. 1:**

Do you find that Defendant engaged in unfair competition by trademark infringement as described in Special Instruction No. 1?

Answer "Yes" or "No."

Answer: ___NO___

If you answered "Yes" to Jury Question No. 1, then proceed to Special Instruction No. 2 and Jury Question No. 2. Otherwise, proceed to Special Instruction No. 3 and Jury Question No. 3.

**Special Instruction No. 2: Accounting of Profits**

You must determine the amount of any profits earned by Defendant that are attributable to the unfair competition by trademark infringement for which you have found Defendant liable.

Profit is determined by deducting all expenses from gross revenue.

Gross revenue is all of Defendant's receipts from distributing and digitally transmitting La Leyenda's songs and videos in the United States. Plaintiff has the burden of proving gross revenue by a preponderance of the evidence.

Expenses are all operating, overhead, and production costs incurred by Defendant in producing the gross revenue. Defendant has the burden of proving the expenses, and any portion of the profit attributable to factors other than the conduct for which you have found it liable, by a preponderance of the evidence.

Unless you find that a portion of the profit from the distribution and digital transmission of La Leyenda's songs and videos in the United States is attributable to other factors, you should find that the total profit is attributable to the conduct for which you have found Defendant liable.

**Jury Question No. 2:**

**What sum of money, if paid now in cash, would fairly and reasonably account for the profits earned by Defendant, if any, from the distribution and digital transmission of La Leyenda's songs and videos in the United States?**

Do not add any amount for interest.

Answer in dollars and cents.

Answer: _____

**Proceed to Special Instruction No. 3 and Jury Question No. 3.**

12 / 15

**Special Instruction No. 3: Misrepresentation under Digital Millennium Copyright Act**

Plaintiff further claims that Defendant made misrepresentations, in violation of the federal Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(f)(2), when it sent counter-notifications, or "put-back" notices, to certain digital service providers—specifically, YouTube. Under the DMCA, service providers may avoid copyright liability for storing users' content if they quickly remove or disable access to the content after receiving a notification, or "takedown" notice, that the content is infringing. A user then has the option of restoring the content by sending the provider a counter-notification, or "put-back" notice, which must include a statement of good faith belief that the content was removed or disabled as a result of mistake or misidentification. You are instructed that—except as was otherwise authorized by the Court from July 21, 2021 to the present—Plaintiff had the exclusive rights within the United States to distribute and digitally transmit the La Leyenda songs and videos made the subject of Plaintiff's takedown notices at issue in this case. To succeed on its claim that Defendant violated the DMCA in responding to the takedown notices, Plaintiff must prove, by a preponderance of the evidence, that:

(1) Defendant stated to YouTube that the content was removed or disabled by mistake or misidentification;

(2) Defendant knew this statement was false;

(3) in reliance on this statement, YouTube replaced the content or ceased to disable access to it; and

(4) Plaintiff was injured as a result.

13 / 15

**Jury Question No. 3:**

**Do you find that Defendant violated the DMCA, as described in Special Instruction No. 3?**

Answer "Yes" or "No."

Answer: ____Yes____

**If you answered "Yes" to Jury Question No. 3, then proceed to Jury Question No. 4. Otherwise, do not answer Jury Question No. 4.**

**Jury Question No. 4:**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the attorneys' fees it incurred, if any, as a result of YouTube replacing the content or ceasing to disable access to it?

Do not add any amount for interest.

Answer in dollars and cents.

Answer: $50,000

Date: 1-30-24              Foreperson: ███████

15 / 15