United States District Court
Southern District of Texas
**ENTERED**
May 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| TIERRA CALIENTE MUSIC GROUP, S.A. DE C.V., *et al.*, | § § § |
| Plaintiffs/Counter-Defendants, | § § |
| VS. | § § CIVIL ACTION NO. 7:18-CV-00252 |
| SER-CA DISCOS, INC., | § § § |
| Defendant/Counter-Plaintiff. | § |

## FINAL JUDGMENT

In accordance with the Court's pre-trial dispositive rulings,[1] the jury's verdict,[2] and the Court's entry of judgment on the jury verdict and as a matter of law,[3] it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

Judgment is entered in favor of Defendant/Counter-Plaintiff Ser-Ca Discos, Inc. (Serca) on its counterclaim against Plaintiff/Counter-Defendant Tierra Caliente Music Group, S.A. de C.V. d/b/a Remex Music (Remex) for violation of § 512(f) of the Digital Millenium Copyright Act (DMCA), for which Serca shall recover attorneys' fees in the amount of $50,000.00;

Judgment is entered in favor of Serca on its request for a declaration that Serca had and now holds exclusive rights to the U.S. distribution and digital transmission of the song and video recordings made the subject of this lawsuit, for which Serca shall recover supplemental relief in the form of Plaintiffs'/Counter-Defendants' Remex and Midas Musical, Inc.'s (Midas) admitted gross revenue from the use of these rights through the date of judgment;

---

[1] (Dkt. Nos. 89, 119, 150).
[2] (Dkt. No. 178).
[3] (1/29/2024 Minute Entry; Dkt. No. 189).

Judgment is entered in favor of Serca on its request for a permanent injunction against Plaintiffs'/Counter-Defendants' continued use of these rights;

Judgment is entered in favor of Serca on Plaintiffs'/Counter-Defendants' single claim against Serca for violation of § 512(f) of the DMCA, which is **DISMISSED** with prejudice;

Judgment is entered in favor of Plaintiffs/Counter-Defendants on all of Serca's counterclaims and requests for relief not otherwise addressed herein, which are **DISMISSED** with prejudice; and

All relief not expressly granted herein is **DENIED**.

SO ORDERED May 16, 2024, at McAllen, Texas.

*[signature]*
Randy Crane
Chief United States District Judge